UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERA EVANS,<br>　　　　Petitioner,<br>　　v.<br>JENKINS,<br>　　　　Respondent. | Case No. 18-cv-02716-SI<br><br>**ORDER EXTENDING DEADLINE FOR AMENDMENT**<br><br>Re: Dkt. No. 8 |

Petitioner's request for an extension of the deadline to file the amendment to her petition is GRANTED. Docket No. 8. Petitioner must file her amendment no later than **September 28, 2018.**

**IT IS SO ORDERED**.

Dated: August 23, 2018

_____
SUSAN ILLSTON
United States District Judge