UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KERA EVANS,

    Petitioner,

v.

JENKINS,

    Respondent.

Case No. 18-cv-02716-SI

**ORDER STAYING CASE**

Re: Dkt. No. 14

Respondent requests a stay of this case due to the lapse in appropriations for the U.S. Department of Justice, and requests that the stay remain in place until after Congress restores funding for the U.S. Department of Justice. Upon due consideration, the request is GRANTED. Docket No. 14. This case is now STAYED until the day after Congress restores funding for the U.S. Department of Justice. Within **twenty-one days** of Congress restoring funding for the U.S. Department of Justice, respondent must file his answer to the petition. Within **thirty days** of receipt of respondent's answer, petitioner must file her traverse in support of her petition for writ of habeas corpus.

**IT IS SO ORDERED**.

Dated: January 10, 2019

_____
SUSAN ILLSTON
United States District Judge