UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KERA EVANS, | Case No. 18-cv-02716-SI |
|---|---|
| Petitioner, | |
| v. | **ORDER** |
| JENKINS, | |
| Respondent. | |

On January 10, 2019, the court stayed this case because a lapse in appropriations for the U.S. Department of Justice affected the availability of counsel for respondent to work on the case. Docket No. 16. Intending that the stay dissolve once the lapse in appropriations ended and that the parties would thereafter resume their briefing duties, the court wrote: "This case is now STAYED until the day after Congress restores funding for the U.S. Department of Justice. Within twenty-one days of Congress restoring funding for the U.S. Department of Justice, respondent must file his answer to the petition. Within thirty days of receipt of respondent's answer, petitioner must file her traverse in support of her petition for writ of habeas corpus." *Id.* Respondent timely filed his response to the petition on February 5, 2019, but petitioner never filed a traverse. It is possible that petitioner was waiting for a formal order lifting the stay even though such an order was not necessary. Out of an abundance of caution, so that petitioner does not miss her opportunity to file a traverse, the court now confirms that the STAY IS LIFTED and permits petitioner to file her traverse no later than **June 14, 2019**.

**IT IS SO ORDERED**.

Dated: May 22, 2019

_____
SUSAN ILLSTON
United States District Judge