UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KERA EVANS,

              Petitioner,

    v.

JENKINS,

              Respondent.

Case No.  18-cv-02716-SI

**JUDGMENT**

The petition for writ of habeas corpus is denied.


**IT IS SO ORDERED AND ADJUDGED**.


Dated: August 9, 2019

_____
SUSAN ILLSTON
United States District Judge